STATE of Missouri, Respondent,

v.

**William D. GRAY, Appellant.**

No. WD 35438.

Missouri Court of Appeals,
Western District.

Jan. 8, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied
March 5, 1985.

Application to Transfer Denied
April 2, 1985.

James W. Fletcher, Public Defender, Lee M. Nation, Sp. Asst. Public Defender, Kansas City, for appellant.

33

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and SHAN-GLER and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from jury trial conviction for burglary in the second degree [§ 569.170 RSMo, 1978] and stealing [§ 570.030, RSMo 1978] and consecutive sentences of four years and three years, respectively.

Affirmed. Rule 30.25(b).